UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **KEVIN J. COLLINS,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | No. 1:12-cv-69-GZS |
| ) | |
| **KENNEBEC COUNTY JAIL, et al.,** ) | |
| ) | |
|     **Defendant** ) | |
| ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 21, 2012, her Recommended Decision (ECF No. 18). Plaintiff filed his Objection to the Recommended Decision (ECF No. 27) on April 23, 2012. Defendant, The Crisis and Counseling Centers, Inc., filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 28) on April 25, 2012. Defendant, Keefe Commissary, Inc., filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 29) on April 25, 2012. Defendant, Inmate Telephone, Inc., filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 30) on April 27, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Motion to Dismiss filed by The Crisis & Counseling Centers, Inc. (ECF No. 5) is **GRANTED**.

3. It is hereby **ORDERED** that the Motion to Dismiss filed by Defendant Inmate Telephone, Inc. (ECF No. 7) is **GRANTED**,

4. It is hereby **ORDERED** that the Motion to Dismiss filed by Defendant ITI Inmate Telephone, Inc., now d/b/a Jail Telephone, Inc., (ECF No. 8) is **GRANTED**.

5. It is hereby **ORDERED** that the Motion to Dismiss filed by Defendant Keefe Commissary, Inc. (ECF No. 11) is **GRANTED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 15th day of May, 2012.