## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| KEVIN J. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:12-cv-69-GZS |
| | ) | |
| KENNEBEC COUNTY JAIL et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PROCEDURAL ORDER

On May 23, 2012, the Court issued an Order to Show Cause as to why Plaintiff had not completed service on Defendant Aramark, Inc. (ECF No. 32).  Plaintiff filed a timely response attaching proof of his attempt to complete service via certified mail on November 22, 2011 when this matter was still pending in state court.  Having reviewed the entire docket, the Court notes that on January 6, 2010, the state court had ordered Plaintiff to attempt service by mail and had ordered further that service costs would be otherwise waived for Plaintiff. (ECF No. 2-6). Following removal of this case, this Court similarly has granted Plaintiff in forma pauperis status (ECF No. 35).  In light of these orders and Plaintiff's attempted mail service, the Court now DISMISSES the Order to Show Cause and ORDERS that the Clerk prepare the necessary documents for service by the U.S. Marshal on Defendant Aramark, Inc.  The U.S. Marshal may attempt service by waiver in the first instance.  If no waiver is timely returned, the Clerk is directed to prepare a summons for service in hand by the U.S. Marshal.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 12th day of June, 2012.