**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **KEVIN J. COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No.   1:12-cv-69-GZS** |
| | ) | |
| **KENNEBEC COUNTY JAIL, et al,** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 33) filed May 31, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED**:

1.  Plaintiff's Motion to Remand, (ECF No. 19) is **DENIED**.

2.  Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED**.

3.  The sole remaining state law claims under the Maine Freedom of Access statute and the claims against Defendant Aramark, Inc. are **REMANDED** to State Court.  Service as to Defendant Aramark, Inc. was completed on September 13, 2012 pursuant to this Court's June 12, 2012 Procedural Order. However, the Court concludes that there is no independent basis for this Court to exercise jurisdiction over the remaining claims and the Court declines to exercise supplemental jurisdiction in accordance with 28 U.S.C. § 1367(c).

_/s/ George Z. Singal_____
United States District Judge

Dated this 19th day of September, 2012.